# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**PATRICIA KENNEDY, Individually,**

      **Plaintiff,**

**v.**

**ANU, INC. d/b/a BOCA INN, a Florida Corporation,**

      **Defendant.**

_____

**Case No.: 0:19-cv-61890-JEM**

## NOTICE OF SETTLEMENT OF CLAIM

Plaintiff, Patricia Kennedy, by and through undersigned counsel, respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant to resolve the claims against Defendant.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

3. Accordingly, the parties ask for a 30-day extension of all deadlines.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this June 5, 2020.

Respectfully submitted,

Attorney for Plaintiff:

By: /s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street

        Pensacola, FL 32502
        ph. 850-375-3475
        fx 877-828-4446
        kimberlyatlaw@gmail.com
        Florida Bar Id. No. 84942

        Thomas B. Bacon, Esq.
        Thomas B. Bacon, P.A.
        644 North Mc Donald St.
        Mt. Dora, FL 32757
        ph. (850)375-3475kimberlyatlaw@gmail.com
        Florida Bar. Id. No. 84942