## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**PATRICIA KENNEDY, Individually,**

      **Case No.: 0:19-cv-61890-JEM**

      **Plaintiff ,**

**v.**

**ANU, INC. d/b/a BOCA INN, a Florida Corporation,**

      **Defendant.**

_____

### NOTICE OF VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, hereby moves this court to dismiss the instant case without prejudice pursuant to a settlement agreement entered into between the parties. The parties further request that the Court retain jurisdiction to enforce the settlement agreement.

/s/ Kimberly A. Corkill
Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942
Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942
Attorney for Plaintiff

/s/Keith T. Grumer_____
Keith T. Grumer
Florida Bar No. 504416
Katz Barron
100 N.E. Third Avenue, #280
Fort Lauderdale, FL 33301
Telephone: (954) 522-3636
Facsimile: (954) 331-2505
Primary E-mail: ktg@katzbarron.com
Secondary E-mail: sml@katzbarron.com
miaefile@katzbarron.com
Attorneys for DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that October 13, 2020 I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

<u>/s/*Kimberly A. Corkill*</u>
Attorney