UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number: 19-61890-CIV-MARTINEZ/SNOW**

PATRICIA KENNEDY,

    Plaintiff,

v.

ANU, INC. d/b/a BOCA INN,

    Defendant.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS CAUSE came before the Court upon Plaintiff, PATRICIA KENNEDY's, Notice of Voluntary Dismissal Without Prejudice [ECF No. 41]. It is hereby:

**ORDERED AND ADJUDGED** as follows:

1. This case is **DIMISSED without prejudice**. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

2. All pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of October, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record